IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DON McADAMS,

    Plaintiff,

v.                              Case No. 5:15cv312-MW/EMT

A. PELT, et al.,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 68. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Eden Abad's Motion to Dismiss, ECF No. 52, is **DENIED**.

**SO ORDERED on November 6, 2018.**

                                          s/ MARK E. WALKER
                                          **Chief United States District Judge**