IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DON McADAMS,

    Plaintiff,

v.                          Case No. 5:15cv312MW/EMT

A. PELT, Optometrist,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 78, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 88. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant Nicole English's Motion to Dismiss, ECF No. 60, is **GRANTED**. Defendant Nicole English is **DISMISSED** from this action.

**SO ORDERED** on November 8, 2018.

                                            s/ MARK E. WALKER
                                            **Chief United States District Judge**