IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DON McADAMS,

    Plaintiff,

v.                                                  Case No. 5:15cv312-MW/EMT

A. PELT, Optometrist,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 100. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motions for summary judgment filed by Defendant Dr. A. Pelt, ECF No. 76, and Eden Abad, ECF No. 86, are **GRANTED**. All other pending motions are **denied as moot**. The Clerk shall enter judgment accordingly." The Clerk shall close the file.

**SO ORDERED on February 15, 2019.**

                                                     s/ MARK E. WALKER
                                                     Chief United States District Judge

---

[1] Upon request, Plaintiff was granted an extension of time to February 8, 2019, by this Court to file objections to the report and recommendation. ECF No. 102. Plaintiff has failed to file any objection as of the date of this order.