IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DON McADAMS,

    Plaintiff,

v.                                        Case No. 5:15cv312-MW/EMT

A. PELT, Optometrist,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 100, and has reviewed *de novo* the objections filed by Plaintiff. ECF No. 107. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted,** over Plaintiff's objections, as this Court's opinion. The motions for summary judgment filed by Defendant Dr. A. Pelt, ECF No. 76, and Eden Abad, ECF No. 86, are **GRANTED**. All other pending motions are **denied as moot**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendants are dismissed." The Clerk shall close the file.

**SO ORDERED on April 11, 2019.**

                                                   **s/ MARK E. WALKER**
                                                 **Chief United States District Judge**